E-filing

1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #25473
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendant
   COUNTY OF ALAMEDA

8

ORIGINAL FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

ADR

11

12  MICHAEL FENTON,                        )   Case No.:  C08-03536
                                           )
13            Plaintiff,                    )   NOTICE OF REMOVAL OF ACTION
                                           )   PURSUANT TO 28 U.S.C. §1441(b)
14  vs.                                     )   (Federal Question - 42 U.S.C. §1983)
                                           )
15  ALAMEDA COUNTY; ALAMEDA                 )
    COUNTY SHERIFF'S DEPT.; SANTA           )
16  RITA FACILITY; PRISON HEALTH            )   Complaint Filed:  June 4, 2008
    SERVICES; AND DOES 1-100,               )
17                                          )
              Defendants.                   )
18  _____)

19  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20       PLEASE TAKE NOTICE that Defendant COUNTY OF ALAMEDA, sued herein as

21  "ALAMEDA COUNTY, ALAMEDA COUNTY SHERIFF'S DEPT., SANTA RITA JAIL

22  FACILITY," hereby removes to this court the state court action described below:

23       1.    On May 16, 2008, an action was commenced in the Superior Court of the State of

24  California in and for the County of Alameda, entitled MICHAEL FENTON, Plaintiff, versus

25  ALAMEDA COUNTY; ALAMEDA COUNTY SHERIFF'S DEPT.; SANTA RITA FACILITY;

26  PRISON HEALTH SERVICES; DOES 1 to 100, in case number RG08388048.

27       2.    On June 4, 2008, plaintiff filed a first amended complaint in the Superior Court of

28

-1-

the State of California in and for the County of Alameda, entitled MICHAEL FENTON, Plaintiff, versus ALAMEDA COUNTY; ALAMEDA COUNTY SHERIFF'S DEPT.; SANTA RITA FACILITY; PRISON HEALTH SERVICES; DOES 1 to 100, in case number RG08388048.

3.    The first date upon which defendant ALAMEDA COUNTY received a copy of the first amended complaint was June 24, 2008, when Clerk of the Board of Supervisors of the County of Alameda was served with the summons and first amended complaint. A copy of the summons and the plaintiff's first amended complaint for damages, together with proof of service of the same is attached hereto and marked Exhibit 1.

4.    Defendant has filed an answer in the state court action, but it has taken no other action in response to plaintiff's claims in said action. A copy of defendants' answer to the plaintiff's complaint is attached hereto and marked Exhibit 2.

5.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one that may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b)(c) in that it arises under 42 U.S.C. §1983 (Civil Rights Act).

6.    Defendant PRISON HEALTH SERVICES has also been served with the summons and complaint and joins in this Notice of Removal, as evidenced by the Joinder in Notice of Removal of Defendant PRISON HEALTH SERVICES, filed herewith. Said defendant has not appeared in said state court action or had a default taken against it in said action.

DATED: July 23, 2008.

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendant
ALAMEDA COUNTY

25473\436646

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) (Federal Question - 42 U.S.C. §1983)
*Fenton vs. Alameda County*; U.S. District Court, Northern District of California Case No.

EXHIBIT 1

# SUMMONS
## (CITACION JUDICIAL)



**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO)* :
Alameda County; Alameda County Sheriff's Dept.; Santa Rita Facility; Prison Health Services; and Does 1-100.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE)* :
Michael Fenton

FOR C
*(SOLO PARA USO DE LA CORTE)*

**FILED**
**ALAMEDA COUNTY**

MAY 16 2008

CLERK OF THE SUPERIOR COURT
By

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Alameda County Superior Court

1221 Fallon Street                                    Oakland, CA  94612

CASE NUMBER:
*(Número del Caso):* RG 08388043

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Neil A. Cook, Esq.                          Law Offices of Neil A. Cook
1418 Lakeside Drive                         Oakland, CA 94612
510-268-8261
DATE: MAY 1 9 2008        Pat S. Sweeten        Clerk, by                              , Deputy
*(Fecha)*                                   *(Secretario)* Executive Officer/Clerk of the Superior Court  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)* :

3. ☐ on behalf of *(specify)* :
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)* :
4. ☐ by personal delivery on *(date)* :

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms ™

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Michael Fenton

Exhibit 1

(1)

*6687467*

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*

**Neil A. Cook, Esq.**     **103101**
**Law Offices of Neil A. Cook**
**1418 Lakeside Drive**
**Oakland, CA 94612**

TELEPHONE NO.: **510-268-8261**     FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **Michael Fenton**

NAME OF COURT: **Alameda County Superior Court**
STREET ADDRESS: **1221 Fallon Street**
MAILING ADDRESS:
CITY AND ZIP CODE: **Oakland, CA 94612**
BRANCH NAME:

PLAINTIFF: **Michael Fenton**

DEFENDANT: Alameda County; Alameda County Sheriff's
Dept.; Santa Rita Facility; Prison Healt
☒ DOES 1 TO **100**

**FILED**
**ALAMEDA COUNTY**

JUN 0 4 2008

**CLERK OF THE SUPERIOR CO** 'RT
By _MKluk_D_
DEPTY

COMPLAINT-Personal Injury, Property Damage, Wrongful Death
☒ AMENDED *(Number)*: **F I R S T**
Type *(check all that apply)*:
☐ MOTOR VEHICLE     ☒ OTHER *(specify)*:  Violation of Civil
☐ Property Damage     ☐ Wrongful Death
☒ Personal Injury     ☒ Other Damages *(specify)*:
**Prejudgement Interest**

Jurisdiction *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:
RG08388048

1.  PLAINTIFF *(name)*: **Michael Fenton**

    alleges causes of action against DEFENDANT *(name)*: Alameda County; Alameda County Sheriff's

2.  This pleading, including attachments and exhibits, consists of the following number of pages: **5**  Prison Health Services;

3.  Each plaintiff named above is a competent adult     Does 1-100.

    a.  ☐ except plaintiff *(name)*:
        (1) ☐ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity *(describe)*:
        (3) ☐ a public entity *(describe)*:
        (4) ☐ a minor     ☐ an adult
            (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) ☐ other *(specify)*:
        (5) ☐ other *(specify)*:

    b.  ☐ except plaintiff *(name)*:
        (1) ☐ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity *(describe)*:
        (3) ☐ a public entity *(describe)*:
        (4) ☐ a minor     ☐ an adult
            (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) ☐ other *(specify)*:
        (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Complaint-Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. July 1, 2002]
*Martin Dean's Essential Forms* ™

**COMPLAINT-Personal Injury, Property**
**Damage, Wrongful Death**

Code of Civil Procedure, §425.12

Fenton, Michael

SHORT TITLE:
**Fenton v. Alameda County et al.**

NUMBER:

4. ☐ Plaintiff (name) :

is doing business under the fictitious name (specify) :

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ except defendant (name) :
   **Alameda County**
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe) :

   (4) ☒ a public entity (describe) :

   (5) ☐ other (specify) :

c. ☒ except defendant (name) :
   Alameda County Sheriff's Department
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe) :

   (4) ☒ a public entity (describe) :

   (5) ☐ other (specify) :

b. ☒ except defendant (name) :
   **Santa Rita Facility**
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe) :

   (4) ☒ a public entity (describe) :

   (5) ☐ other (specify) :

d. ☒ except defendant (name) :
   **Prison Health Services**
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe) :

   (4) ☒ a public entity (describe) :

   (5) ☐ other (specify) :

☐ Information about additional defendants who are not natural persons is contained in Complaint-Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, **and**
   a. ☒ plaintiff has complied with applicable claims statutes, **or**
   b. ☐ plaintiff is excused from complying because (specify):

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**

Fenton, Michael

| SHORT TITLE: | NUMBER: |
| --- | --- |
| Fenton v. Alameda County et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☒ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify)*:
       **Denial of civil rights per U.S.C. 42, Section 1983**

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Complaint-Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
   b. The amount of damages is *(you must check (1) in cases for personal injury or wrongful death)*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
    **All**

Date: **6/04/2008**

**Neil A. Cook**
_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**Fenton, Michael**

982.1(3)

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| Fenton v. Alameda County et al. | |

<u>ONE</u>
(number)               **CAUSE OF ACTION**- General Negligence        Page ___4___

ATTACHMENT TO [X] Complaint     [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Michel Fenton

    alleges that defendant *(name)*: Alameda County; Alameda County Sheriff's Department;
        Santa Rita Facility; Prison Health Services;

        [X] Does ___1___ to ___100___

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*:  September 25, 2007
at *(place)*:  Santa Rita Jail, Alameda county

*(description of reasons for liability)*:
Defendants, and each of them, negligently failed to provide
adequate and timely medical care for plaintiff while plaintiff
was in the custody of defendants, thus resulting in physical
and emotional injury to plaintiff.

Plaintiff suffered a stroke but was denied medical care, thus
resulting in permanent brain damage and disability.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)
Optional Form
*Martin Dean's Essential Forms* TM

**CAUSE OF ACTION**-General Negligence

CCP 425.12

Fenton, Michael

982.1(4)

| | |
|---|---|
| SHORT TITLE:<br>Fenton v. Alameda County et al. | CASE NUMBER: |

___TWO___
   (number)　　　　　　　**CAUSE OF ACTION- Intentional Tort**　　　　**Page**　___5___

ATTACHMENT TO [X] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Michael Fenton

    alleges that defendant *(name):*

     Alameda County; Alameda County Sheriff's Dept.; Santa Rita Facility; Prison Health Services;

     [X] Does   ___1___    to ___100___

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date):* September 25, 2007
at *(place):* Santa Rita Jail, Alameda County

*(description of reasons for liability):*
Defendants, and each of them, refused to provide medical care to defendant who was, at the time of the incident herein at issue, an inmate in custody at the Santa Rita Facility.

Said refusal to provide care was in violation of plaintiff's civil rights and gives rise to a cause of action pursuant to U.S.C. 42, Section 1983.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form
*Martin Dean's Essential Forms* ™　　**CAUSE OF ACTION-Intentional Tort**　　　　CCP 425.12

Fenton, Michael

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:                    103101

Neil A. Cook, Esq.
Law Offices of Neil A. Cook
1418 Lakeside Drive
Oakland, CA 94612
TELEPHONE NO.: 510-268-8261    FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: Michael Fenton

**FOR COURT USE ONLY**

FILED
ALAMEDA COUNTY

JUN 3 0 2008

CLERK OF THE SUPERIOR COURT
By _____
Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS: 1221 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA  94612
BRANCH NAME:

| PLAINTIFF/PETITIONER: Michael Fenton | CASE NUMBER: RG08388048 |
|---|---|
| DEFENDANT/RESPONDENT: Alameda County; Alameda County Sheriff's Dept.; Santa Rita Facility; Prison Health Services | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   a. ☒ complaint
   b. ☒ Alternative Dispute Resolution (ADR) package
   c. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   d. ☐ cross-complaint
   e. ☒ other *(specify documents)*: **Notice of Case Management Conference and Order; Notice of Judicial Assignment for All Purposes**
3. a. Party served *(specify name of party as shown on documents served)*:
   **Alameda County**
   X Rose Caballero, Represent.
   b. Person served: ☐ party in item 3a    ☒ other *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   **Administration Building, 1221 Oak Street,
   Room 536, Oakland, CA 94612**
5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 6/24/08    (2) at *(time)*: 2:30 Pm
   b. ☐ by substituted service. On *(date)*: _____ at *(time)*: _____ I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: _____ from *(city)*: _____ or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2004]
Martin Dean's Essential Forms ™

**PROOF OF SERVICE OF SUMMONS**

ORIGINAL

Code of Civil Procedure, § 417.10

Fenton, Michael

| | |
|---|---|
| PLAINTIFF/PETITIONER: **Michael Fenton** | CASE NUMBER: |
| DEFENDANT/RESPONDENT: **Alameda County, et al.** | **RG08388048** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party to the address shown in item 4, by first-class mail, postage prepaid,

   (1) ☐ on *(date)*:         (2) ☐ from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and the postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt (form 982(a)(4).)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☒ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.

   b. ☐ as the person sued under the fictitious name of *(specify)*:

   c. ☒ On behalf of *(specify)*:  **Alameda County**

   Under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☒ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. Person who served papers

   a. Name: **Neil A. Cook**

   b. Address: **1418 Lakeside Drive, Oakland, CA 94612**

   c. Telephone number: **510-268-8261**

   d. The fee for service was: $      **0.00**

   e. I am:

     (1) ☒ not a registered California process server.

     (2) ☒ exempt from registration under Business and Professions Code section 22350(b).

     (3) ☐ registered California process server.

       (i) ☐ Employee or independent contractor.

       (ii) Registration No.:

       (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6/24/08

**Neil A. Cook** _____   ▶ _____

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       (SIGNATURE)

**Fenton, Michael**

EXHIBIT 2

1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   JILL P. SAZAMA, ESQ. (SBN 214215)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #25473
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   COUNTY OF ALAMEDA, sued herein as
7  "ALAMEDA COUNTY; ALAMEDA
   COUNTY SHERIFF'S DEPT.; SANTA
8  RITA FACILITY"

9

**ENDORSED
FILED
ALAMEDA COUNTY**

JUL 2 2 2008

CLERK OF THE SUPERIOR COURT
By Tasha Perry, Deputy

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                            COUNTY OF ALAMEDA

12

13  MICHAEL FENTON,                    )  Case No.: RG08388048
                                       )  ASSIGNED FOR ALL PURPOSES TO
14              Plaintiff,             )  JUDGE Lawrence John Appel
                                       )  DEPARTMENT 16
15  vs.                                )
                                       )  **ANSWER TO FIRST AMENDED**
16  ALAMEDA COUNTY; ALAMEDA            )  **COMPLAINT**
    COUNTY SHERIFF'S DEPT.; SANTA      )
17  RITA FACILITY; PRISON HEALTH       )
    SERVICES; AND DOES 1-100,          )
18                                     )  Complaint Filed:  June 4, 2008
                Defendants.            )
19  _____)

20

21      **COMES NOW**, defendant, COUNTY OF ALAMEDA, sued herein as "ALAMEDA

22  COUNTY, ALAMEDA COUNTY SHERIFF'S DEPT., SANTA RITA JAIL FACILITY," and for

23  its answer to the unverified first amended complaint of plaintiff on file herein, admits, denies and

24  alleges as follows:

25      Under the provisions of §431.30(d) of the California Code of Civil Procedure, this

26  answering defendant denies each and every, all and singular, generally and specifically, the

27  allegations contained in said first amended complaint, and further denies that plaintiff has been

28

-1-

Exhibit 2

1  damaged in any sum or sums, or at all, by reason of any act or omission on the part of this

2  answering defendant.

3      **AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**

4  **UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH**

5  **CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and

6  thereon alleges that neither the first amended complaint nor any of its alleged causes of action state

7  facts sufficient to constitute a cause of action against this answering defendant.

8      **AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**

9  **UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH**

10  **CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and

11  thereon alleges that plaintiff knew, or in the exercise of ordinary care should have known, of the

12  risks and hazards involved in the undertaking in which he was engaged, but nevertheless and

13  knowing these things, did freely and voluntarily consent to assume all the risks and hazards

14  involved in the undertaking.

15      **AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**

16  **UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH**

17  **CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and

18  thereon alleges that plaintiff was, himself, actively careless and negligent in and about the matters

19  alleged in the first amended complaint and that said acts of carelessness and negligence on

20  plaintiff's own part proximately contributed to the happening of the incident and to the loss and

21  damage, if any there were.   Under the doctrine of *Li v. Yellow Cab* (1975) 13 Cal.3d 804,

22  plaintiff's contributory negligence shall reduce any and all damages, if any, sustained by said

23  plaintiff.

24      **AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**

25  **UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH**

26  **CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and

27  thereon alleges that the alleged injuries of plaintiff resulted either wholly or in part from the

28

-2-

1   unforeseeable, intervening negligent, reckless or intentional conduct of other persons, firms,

2   corporations, agencies or entities not associated with this answering defendant, and said conduct

3   on the part of others bars plaintiff's claim against this answering defendant as a matter of law.

4       **AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**

5   **UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH**

6   **CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and

7   thereon alleges that said damages sustained by plaintiff were either wholly, or in part, negligently

8   caused by persons, firms, corporations or entities other than this answering defendant, and said

9   negligence comparatively reduces the percentage of negligence, if any, by this answering

10  defendant.

11      **AS A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**

12  **UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH**

13  **CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and

14  thereon alleges that plaintiff is estopped from recovering any damages herein.

15      **AS A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO**

16  **THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO**

17  **EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes

18  and thereon alleges that plaintiff failed to mitigate his alleged damages as required by law.

19      **AS A EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**

20  **UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH**

21  **CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and

22  thereon alleges that plaintiff's injuries, if any there were, were directly, proximately, and solely the

23  result of plaintiff's physical, bodily and constitutional condition prior to and subsequent to the date

24  of the plaintiff's first amended complaint and because of these conditions, plaintiff's recovery is

25  barred.

26      **AS A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE**

27  **UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH**

28

-3-

1  **CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that plaintiff's first amended complaint and all of the causes of action contained herein are barred by virtue of provisions of the Code of Civil Procedure, including but not limited to §340.5 and Government Code §945.6.

5       **AS A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that plaintiff's first amended complaint is barred by plaintiff's failure to present a timely claim as required by Government Code §§905, 910, 911.2, 911.4, 912.4, 945.4, 946.6, 950.2 and 950.6, and, by reason thereof, the first amended complaint for damages fails to state facts upon which relief can be granted.

12      **AS AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that plaintiff's injuries, if any there were, were a direct, proximate and sole result of plaintiff's failure to use reasonable diligence in caring for his physical and emotional condition and to use reasonable means to prevent aggravation and to accomplish healing.

18      **AS A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that, in the event this answering defendant is found to be liable to plaintiff (which supposition is denied and merely stated for the purpose of the affirmative defense), said defendant may elect to introduce evidence of any amounts paid or payable, if any, as a benefit to plaintiffs pursuant to Civil Code §3333.1.

25      **AS A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes

28                                          -4-

1  and thereon alleges that in the event this answering defendant is found to be liable (which

2  supposition is denied and merely stated for the purpose of this affirmative defense), the damages

3  for non-economic losses shall not exceed the amount specified in Civil Code §3333.2.

4      **AS A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**

5  **TO THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO**

6  **EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes

7  and thereon alleges that in the event this answering defendant is found to be liable to plaintiff

8  (which supposition is denied and merely stated for the purpose of this affirmative defense), this

9  defendant may elect to have future damages, if in excess of the amount specified in Code of

10  Procedure §667.7, paid in whole or in part, as specified in Code of Civil Procedure §667.7.

11      **AS A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO**

12  **THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO**

13  **EACH CAUSE OF ACTION THEREOF,** this answering defendant alleges that, pursuant to the

14  provisions of California Government Code §§815, 815.2, 815.4, 820.2, 820.8, 844.6, 845, 845.2,

15  845.8, 854.8, 855.4, 855.6 855.8, 856, 856.2 and 856.4 defendant is immune from liability for

16  plaintiff's claimed injuries.

17      **AS A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO**

18  **THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO**

19  **EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes

20  and thereon alleges that the first amended complaint fails to state a claim upon which relief may be

21  granted as against it, as to each and every cause of action contained in the first amended complaint,

22  and as to the first amended complaint as a whole.

23      **AS AN SEVENTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**

24  **TO THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO**

25  **EACH CAUSE OF ACTION THEREOF,** this answering defendant alleges that all of its

26  conduct in relation to the plaintiff was reasonable and carried out in good faith, and plaintiff's

27  claims herein are barred by the doctrine of qualified immunity.

28

-5-

1    **AS A EIGHTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO**

2    **THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO**

3    **EACH CAUSE OF ACTION THEREOF,** this answering defendant alleges that, in the event it is

4    found to be liable to plaintiff (which supposition is denied and merely stated for the purpose of the

5    affirmative defense), said defendant may elect to invoke the provisions of California Government

6    Code §§962, 984 and 985.

7    **AS AN NINETEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**

8    **TO THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO**

9    **EACH CAUSE OF ACTION THEREOF,** this answering defendant alleges that any conduct on

10   its part was privileged in that it acted with a good faith belief that its conduct was a reasonable and

11   lawful exercise of its legal rights.

12   **AS A TWENTIETH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO**

13   **THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO**

14   **EACH CAUSE OF ACTION THEREOF,** this answering defendant alleges that any conduct on

15   its part was privileged in that it acted in the good faith belief that its conduct was necessary for its

16   reasonable, lawful, governmental/business objectives and without intent to cause harm of any kind

17   or character to, plaintiff.

18   **AS A TWENTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE**

19   **TO THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO**

20   **EACH CAUSE OF ACTION THEREOF,** this answering defendant alleges that plaintiff's

21   claims are barred by the doctrines of laches, estoppel and unclean hands.

22   **AS A TWENTY-SECOND, SEPARATE AND DISTINCT AFFIRMATIVE**

23   **DEFENSE TO THE UNVERIFIED FIRST AMENDED COMPLAINT ON FILE HEREIN,**

24   **AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant alleges that any

25   recovery herein by plaintiff shall be subject to the provisions of California Business & Professions

26   Code §6146.

27   **WHEREFORE,** this answering defendant prays as follows:

28

-6-

1.    That plaintiff take nothing by way of his complaint and that this answering defendant be dismissed hence;

2.    For reasonable attorneys' fees;

3.    For costs of suit incurred herein; and

4.    For such other and further relief as the Court deems fit and proper.

DATED:  July 23, 2008.

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendant
COUNTY OF ALAMEDA

25473\436635

-7-

ANSWER TO FIRST AMENDED COMPLAINT
*Fenton vs. Alameda County;* Alameda County Sup. Ct. #RG08388048

**PROOF OF SERVICE BY MAIL**
**(C.C.P. SECTIONS 1013(a) -2015.5)**

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ANSWER TO FIRST AMENDED COMPLAINT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Neil A. Cook, Esq.<br>LAW OFFICES OF NEIL A. COOK<br>1418 Lakeside Drive<br>Oakland, CA  94612<br>Tel:     (510) 268-8261<br>Fax:     (510) | **Attorneys For Plaintiff MICHAEL FENTON** |
| Nancy E. Hudgins, Esq.<br>Law Offices of Nancy E. Hudgins<br>565 Commercial Street, 4th Floor<br>San Francisco, CA  94111<br>Tel:     (415) 979-0100<br>Fax:     (415) 979-0747<br>E-mail:neh@hudginslaw.com | **Attorneys for Defendant PRISON HEALTH SERVICES** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 23, 2008.

_Candace H_____

Candace Hankins

25473\436635

-8-

ANSWER TO FIRST AMENDED COMPLAINT
*Fenton vs. Alameda County;* Alameda County Sup. Ct. #RG08388048

EXHIBIT 3

1 | NANCY E. HUDGINS, ESQ. (SBN 85222)
neh@hudginslaw.com
2 | MATTHEW M. GRIGG, ESQ. (SBN 195951)
mmg@hudginslaw.com
3 | LAW OFFICES OF NANCY E. HUDGINS
565 Commercial Street, 4th Floor
4 | San Francisco, CA 94111
Tel: 415-979-0100
5 | Fax: 415-979-0747

6 | Attorneys for Defendant
PRISON HEALTH SERVICES, INC.

7

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

12 | MICHAEL FENTON,                          ) Case No.:
                                            )
13 |          Plaintiff,                      ) **JOINDER IN NOTICE OF**
                                            ) **REMOVAL OF ACTION**
14 | vs.                                      )
                                            )
15 | ALAMEDA COUNTY; ALAMEDA                  )
COUNTY SHERIFF'S DEPT.; SANTA               )
16 | RITA FACILITY; PRISON HEALTH             )
SERVICES; AND DOES 1-100,                   )
17 |                                          )
                                            )
18 |          Defendants.                     )
     _____ )

19 |       Defendant PRISON HEALTH SERVICES hereby consents to and joins in Defendant

20 | COUNTY OF ALAMEDA'S Notice of Removal to this Court of Alameda Superior Court action

21 | #RG08388048, *MICHAEL FENTON, Plaintiff, versus ALAMEDA COUNTY, et al., Defendants.*

22 | DATED: 7/18/08

23 |                                          LAW OFFICES OF NANCY E. HUDGINS

24 |                                          By: _____
                                            MATTHEW M. GRIGG, ESQ.
25 |                                             Attorneys for Defendant
                                            PRISON HEALTH SERVICES, INC.
26 | 25473\436650

27

28

                                         -1-

JOINDER IN NOTICE OF REMOVAL OF ACTION
*Fenton vs. Alameda County;* U.S. District Court, Northern District of California Case No.

Exhibit 3