

1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #25473
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendant
   COUNTY OF ALAMEDA

8

9                UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  MICHAEL FENTON,                    )   Case No.:  C08-03536 JL
                                       )
13              Plaintiff,             )   **DEMAND FOR JURY TRIAL**
                                       )
14  vs.                                )
                                       )
15  ALAMEDA COUNTY; ALAMEDA            )
    COUNTY SHERIFF'S DEPT.; SANTA      )
16  RITA FACILITY; PRISON HEALTH       )
    SERVICES; AND DOES 1-100,          )
17                                     )
                Defendants.            )
18  _____)

19        Defendant COUNTY OF ALAMEDA hereby demands trial by jury in this action pursuant

20  to Rule 8(c) of the Federal Rules of Civil Procedure.

21  DATED:  July 24, 2008.

22                              BOORNAZIAN, JENSEN & GARTHE
                                A Professional Corporation
23

24                              By: _____
25                                  GREGORY J. ROCKWELL, ESQ.
                                    Attorneys for Defendant
26                                  COUNTY OF ALAMEDA

27

28
                                    -1-
    _____
    DEMAND FOR JURY TRIAL
    *Fenton vs. Alameda County;* U.S. District Court, Nor. Dist. of CA Case No. C08-03536 JL

1

### PROOF OF SERVICE BY MAIL
### (C.C.P. SECTIONS 1013(a) -2015.5)

2

3      I am employed in the County of Alameda, State of California. I am over the age of 18

4  years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P.

5  O. Box 12925, Oakland, California 94604-2925.

6      I am readily familiar with the business practice for collection and processing of

7  correspondence for mailing with the United States Postal Service. On the date indicated below, at

8  the above-referenced business location, I sealed envelopes, enclosing a copy of the **DEMAND**

9  **FOR JURY TRIAL**, addressed as shown below, and placed them for collection and mailing

10  following ordinary business practices to be deposited with the United States Postal Service on the

11  date indicated below:

12

13  Neil A. Cook, Esq.            **Attorneys For Plaintiff MICHAEL**
    LAW OFFICES OF NEIL A. COOK   **FENTON**
    1418 Lakeside Drive

14  Oakland, CA  94612
    Tel:    (510) 268-8261

15  Fax:    (510)

16  Nancy E. Hudgins, Esq.        **Attorneys for Defendant PRISON HEALTH**
    Law Offices of Nancy E. Hudgins   **SERVICES**

17  565 Commercial Street, 4th Floor
    San Francisco, CA  94111

18  Tel:    (415) 979-0100
    Fax:    (415) 979-0747

19  E-mail:neh@hudginslaw.com

20

21      I declare under penalty of perjury under the laws of the State of California that the

22  foregoing is true and correct.

23      Executed at Oakland, California, on July 24, 2008.

24

25                        _Candace H_____
                          Candace Hankins

26  25473\438264

27

28

-2-

DEMAND FOR JURY TRIAL
*Fenton vs. Alameda County;* U.S. District Court, Nor. Dist. of CA Case No. C08-03536 JL