GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #25473
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FENTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY; ALAMEDA COUNTY SHERIFF'S DEPT.; SANTA RITA FACILITY; PRISON HEALTH SERVICES; AND DOES 1-100,<br><br>　　　　Defendants. | Case No.: C08-03536 JL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**NO. DIST. CIVIL L.R. 3-16** |

Pursuant to Northern District Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

DATED: July 24, 2008.

　　　　　　　　　　　　　　　BOORNAZIAN, JENSEN & GARTHE
　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　GREGORY J. ROCKWELL, ESQ.
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　COUNTY OF ALAMEDA

-1-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, NO. DIST. CIVIL L.R. 3-16
*Fenton vs. Alameda County;* U.S. District Court, Nor. Dist. of CA Case No. C08-03536 JL

**PROOF OF SERVICE BY MAIL**
**(C.C.P. SECTIONS 1013(a) -2015.5)**

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, NO. DIST. CIVIL L.R. 3-16**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Neil A. Cook, Esq.<br>LAW OFFICES OF NEIL A. COOK<br>1418 Lakeside Drive<br>Oakland, CA 94612<br>Tel: (510) 268-8261<br>Fax: (510) | **Attorneys For Plaintiff MICHAEL FENTON** |
| Nancy E. Hudgins, Esq.<br>Law Offices of Nancy E. Hudgins<br>565 Commercial Street, 4th Floor<br>San Francisco, CA 94111<br>Tel: (415) 979-0100<br>Fax: (415) 979-0747<br>E-mail:neh@hudginslaw.com | **Attorneys for Defendant PRISON HEALTH SERVICES** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on July 24, 2008.

_____
Candace Hankins

25473\438260

-2-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, NO. DIST. CIVIL L.R. 3-16
*Fenton vs. Alameda County*; U.S. District Court, Nor. Dist. of CA Case No. C08-03536 JL