UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FENTON,

    Plaintiff(s),

v.

ALAMEDA COUNTY, et al.

    Defendant(s).

No. C 08-03536 JL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 26, 2008

Signature

Counsel for Defendant CO. OF ALAMEDA
(Plaintiff, Defendant or indicate "pro se")

**PROOF OF SERVICE BY MAIL**
**(C.C.P. SECTIONS 1013(a) -2015.5)**

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Neil A. Cook, Esq.<br>LAW OFFICES OF NEIL A. COOK<br>1418 Lakeside Drive<br>Oakland, CA  94612<br>Tel:   (510) 268-8261<br>Fax:   (510) | **Attorneys For Plaintiff MICHAEL FENTON** |
| Nancy E. Hudgins, Esq.<br>Law Offices of Nancy E. Hudgins<br>565 Commercial Street, 4th Floor<br>San Francisco, CA  94111<br>Tel:   (415) 979-0100<br>Fax:   (415) 979-0747<br>E-mail:neh@hudginslaw.com | **Attorneys for Defendant PRISON HEALTH SERVICES** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on August 26, 2008.

*/s/ Candace H*
Candace Hankins

25473\441182

- 1 -

PROOF OF SERVICE-CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
*Fenton vs. Alameda County;* Alameda County Sup. Ct. #RG08388048