UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FENTON,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY; ALAMEDA COUNTY SHERIFF'S DEPT.; SANTA RITA FACILITY; PRISON HEALTH SERVICES; AND DOES 1-100,<br><br>Defendants. | No. C08-03536 JL<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

  (1)   Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program ECF) under General Order 45)* ;

  (2)   Discussed the available dispute resolution options provided by the Court and private entities; and

  (3)   Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/26/08

By: _____
RICHARD J. KARLSSON, ESQ.
Chief Assistant County Counsel
COUNTY OF ALAMEDA

Dated: 8/27/08

By: _____
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendant
COUNTY OF ALAMEDA

25473\441175

**PROOF OF SERVICE BY MAIL**
**(C.C.P. SECTIONS 1013(a) -2015.5)**

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ADR CERTIFICATION BY PARTIES AND COUNSEL**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Neil A. Cook, Esq.<br>LAW OFFICES OF NEIL A. COOK<br>1418 Lakeside Drive<br>Oakland, CA  94612<br>Tel:   (510) 268-8261<br>Fax:  (510) | **Attorneys For Plaintiff MICHAEL FENTON** |
| Nancy E. Hudgins, Esq.<br>Law Offices of Nancy E. Hudgins<br>565 Commercial Street, 4th Floor<br>San Francisco, CA  94111<br>Tel:   (415) 979-0100<br>Fax:  (415) 979-0747<br>E-mail:neh@hudginslaw.com | **Attorneys for Defendant PRISON HEALTH SERVICES** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on August 27, 2008.

*/s/ Candace H_____*
Candace Hankins

25473\441260

- 1 -

PROOF OF SERVICE-ADR CERTIFICATION BY PARTIES AND COUNSEL
*Fenton vs. Alameda County;* USDC-Nor. Dist. of CA Case No. C08-03536 JL