**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michael Fenton,

        Plaintiff,

    v.

Alameda County, et al.,

        Defendants.
_____/

No. C 08-3536  JL

**ORDER GRANTING APPOINTMENT OF PRO BONO COUNSEL FOR LIMITED PURPOSES**

    The Court having received Plaintiff's application for assisted settlement conference, shall treat it as an application for appointment of pro bono counsel.  The Court hereby refers this matter to the Federal Pro Bono Project for appointment of counsel for the limited purpose of representing Plaintiff in all matters, including discovery, up through completion of the settlement conference.

    IT IS SO ORDERED.

DATED: February 17, 2009

_____
James Larson
Chief Magistrate Judge