Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial St., 4th Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)

Attorneys for Defendant Prison Health Services, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FENTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY; ALAMEDA COUNTY SHERIFF'S DEPT; SANTA RITA FACILITY; PRISON HEALTHH, and DOES 1 to 100,<br><br>　　　　Defendants. | Case No.: No. C 08-03536 JL<br><br>**STIPULATION AND REQUEST FOR CONTINUANCE OF DEADLINE FOR SETTLEMENT CONFERENCE;** [PROPOSED] **ORDER** |

**Stipulation**

The parties hereby stipulate to and request a 60-day continuance of the 5/5/09 deadline for having a settlement conference. They do so because a settlement conference held prior to 5/5/09 would be a waste of the parties' and Magistrate Brazil's time, whereas a conference held less than 60 days later may well result in a settlement.

By way of further background, *Pro Se* Plaintiff Michael Fenton has sued Prison Health Services, Inc., (PHS), Alameda County and its sheriff's department, alleging their employees negligently responded to a stroke Mr. Fenton experienced while incarcerated in the Santa Rita Jail. Because Mr. Fenton and his infant son have experienced health problems, Mr. Fenton was unable to respond to discovery until just recently. Defendants' attorneys now are obtaining the

medical records and expert insights necessary to evaluate Mr. Fenton's claims, and anticipate having them within the next 45 days.

Consequently, the parties stipulate to and request a 60-day continuance of the 5/5/09 deadline for having a settlement conference.

SO STIPULATED:

DATED: April 7, 2009

LAW OFFICES OF NANCY E. HUDGINS

_____
Matthew M. Grigg, Attorneys for
Defendant Prison Health Services, Inc.

DATED: April 7, 2009

ALAMEDA COUNTY COUNSEL'S OFFICE

_____
Gregory J. Rockwell, Attorneys for
Defendant Alameda County (also sued herein as
"Alameda County Sheriff's Dept." and
"Santa Rita Facility")

DATED: April 4, 2009

_____
Michael J. Fenton, Sr.
Plaintiff in *Pro Se*

### Order

Pursuant to the parties' stipulation, the 5/5/09 deadline for completing a settlement conference hereby is continued 60 days.

SO ORDERED this 8th day of April, 2009.

_____
James Larson
Chief Magistrate Judge

*Fenton v. Alameda County, et al.*
Stip./Order Re Settlement Conf. Cont.

3

Case No. RG08-388048
Fenton/p/StipReScCont09d01