UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michael Fenton,

        Plaintiff,

        v.

Alameda County, et al.,

        Defendants.
_____/

No. C 08-3536  JL

**ORDER APPOINTING COUNSEL**

    Because the Plaintiff has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Leigh A. Kirmsse and Eric Casher of Howrey LLP are hereby appointed as counsel for Michael Fenton in this matter.

    IT IS SO ORDERED.

DATED: 6-9-09

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-3536\AppointCnsl.wpd   1