UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FENTON, | ) Case No.: No. C 08-03536 JL |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER CONTINUING DEADLINE FOR** |
| ALAMEDA COUNTY; ALAMEDA COUNTY SHERIFF'S DEPT; SANTA RITA FACILITY; PRISON HEALTHH, and DOES 1 to 100, | ) **CONDUCTING SETTLEMENT** |
| | ) **CONFERENCE** |
| Defendants. | ) |

**Stipulation**

The parties stipulate and request that the 7/14/09 deadline for completing a judicial settlement conference be continued to 10/14/09.

The parties submit such an order is appropriate because: (1) the Court has just appointed Leigh A. Kirmsse and Eric Casher of Howrey LLP as counsel for Plaintiff Michael Fenton, (2) they require more time to conduct discovery and complete other activities necessary to properly advise him concerning settlement, and (3) the Defendants agree continuing the settlement conference likely would significantly increase the chances that it would result in a settlement.

SO STIPULATED:

| | |
|---|---|
| DATED: June 22, 2009 | LAW OFFICES OF NANCY E. HUDGINS |
| | /s/ *Matthew M. Grigg* |
| | Matthew M. Grigg, Attorneys for Defendant Prison Health Services, Inc. |
| DATED: June 22, 2009 | BOORNAZIAN, JENSEN & GARTHE |
| | /s/ *Gregory J. Rockwell* |
| | Gregory J. Rockwell, Attorneys for Defendant Alameda County (also sued herein as "Alameda County Sheriff's Dept." and "Santa Rita Facility") |

*Fenton v. Alameda County, et al.*     3     Case No. RG08-388048
Stip./Order     Fenton/p/Stip09f11
DM_US:22211369_1

DATED:  June 22, 2009                HOWREY LLP

*/s/ Eric Casher*

Eric Casher, Attorneys for
Plaintiff Michael J. Fenton

**Order**

Pursuant to the parties' stipulation, the deadline for completing a judicial settlement conference is continued to 10/14/09, and the settlement conference with Magistrate Judge Brazil currently set for 6/29/09 is vacated.

SO ORDERED this  26  day of June, 2009.

_____
James Larson
Chief Magistrate Judge