UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FENTON,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY; ALAMEDA COUNTY SHERIFF'S DEPT; SANTA RITA FACILITY; PRISON HEALTHH, and DOES 1 to 100,<br><br>    Defendants. | Case No.: No. C 08-03536 JL<br><br>[PROPOSED] ORDER MODIFYING SETTLEMENT CONFERENCE-RELATED DEADLINES |

### Order

Pursuant to the parties' request, deadlines for the 9/25/09 settlement conference are hereby modified as follows:

- Plaintiff is to serve a written settlement demand on 9/18/09 (rather than on 9/11/09);

- Defendants are to serve their response thereto on 9/22/09 (rather than on 9/14/09); and

- both sides shall lodge settlement conference statements and candid evaluations on September 22 (rather than on 9/18/09).

SO ORDERED this 19 day of August, 2009.

_____
Bernard Zimmerman
Magistrate Judge