Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial St., 4th Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)

Attorneys for Defendant Prison Health Services, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FENTON, | Case No.: No. C 08-03536 JL |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |
| vs. | |
| ALAMEDA COUNTY; ALAMEDA COUNTY SHERIFF'S DEPT; SANTA RITA FACILITY; PRISON HEALTH, and DOES 1 to 100, | |
| Defendants. | |

Please take notice that the LAW OFFICES OF NANCY E. HUDGINS (Nancy E. Hudgins, Esq., and Matthew M. Grigg, Esq.), currently representing Defendant Prison Health Services, Inc., in this action, hereby also assumes representation of Defendant Alameda County (sued also as "Alameda County Sheriff's Dept." and "Santa Rita Facility). BOORNAZIAN, JENSEN & GARTHE (Gregory Rockwell, Esq., and Jill Sazama, Esq.) thus will cease representation of Alameda County in this action once the Court approves this substitution.

///

///

SO AGREED:

DATED: August 18, 2009         LAW OFFICES OF NANCY E. HUDGINS

                               _____
                               Matthew M. Grigg, Attorneys for
                               Defendant Prison Health Services, Inc.


DATED: August 7, 2009          BOORNAZIAN, JENSEN & GARTHE

                               _____
                               Jill P. Sazama
                               Attorneys for Defendant Alameda County (also
                               sued herein as "Alameda County Sheriff's Dept."
                               and "Santa Rita Facility")


DATED: August 14, 2009         ALAMEDA COUNTY

                               _____
                               By: Richard Karlsson, Esq.
                               Chief Assistant County Counsel


                               Order

The substitution of the attorneys for Defendant Alameda County specified above is hereby approved.

SO ORDERED this 21 day of August, 2009.

                               _____
                               Hon. James Larson
                               Chief Magistrate Judge