UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FENTON,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY; ALAMEDA COUNTY SHERIFF'S DEPT; SANTA RITA FACILITY; PRISON HEALTHH, and DOES 1 to 100,<br><br>    Defendants. | Case No.: No. C 08-03536 JL<br><br>[PROPOSED] **AMENDED ORDER SETTING SETTLEMENT CONFERENCE** |

### Order

Pursuant to the parties' request, the settlement conference in this case will be held on 11/12/09 at 9:00 a.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

With the exception of this new date, the parties shall comply with the timing and substantive requirements of the Court's original 7/6/09 Order Scheduling Settlement Conference.

SO ORDERED this 18 day of September, 2009.

*[signature]*
Bernard Zimmerman
Magistrate Judge