Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial St., 4th Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)

Attorneys for Defendants Alameda County
And Prison Health Services, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FENTON, | Case No.: No. C 08-03536 JL |
| Plaintiff, | STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND DEADLINE FOR SETTLEMENT CONFERENCE; [PROPOSED] ORDER |
| vs. | |
| ALAMEDA COUNTY; ALAMEDA COUNTY SHERIFF'S DEPT; SANTA RITA FACILITY; PRISON HEALTH, and DOES 1 to 100, | |
| Defendants. | |

**Stipulation**

The parties through their attorneys stipulate and request:

- that the 10/14/09 deadline for completing a judicial settlement conference be continued to 12/14/09; and

- that the 10/14/09 case management conference be continued until after the settlement conference.

The parties submit such an order is appropriate because Plaintiff Michael Fenton will be unable to attend a settlement conference because he was booked into the Santa Rita Jail last month and will not be released until 10/20/09.

The parties thus plan to reschedule the settlement conference with Judge Zimmerman (currently scheduled for 9/25/09) to 11/12/09 (a date that would save an extra trip for Defendants' claims representative from Tennessee) or such other date in November or early December as proves convenient for Judge Zimmerman. In light of the need for a continuance of the settlement conference, and attorney unavailability during the latter half of December, the parties also respectfully request that the case management conference be continued to January.

SO STIPULATED:

DATED: September 16, 2009            LAW OFFICES OF NANCY E. HUDGINS

                                     /s/ *Matthew M. Grigg*

                                     Matthew M. Grigg, Attorneys for Defendants
                                     Prison Health Services, Inc., Alameda County

DATED: September 16, 2009            HOWREY LLP

                                     /s/ *Eric Casher*

                                     Eric Casher, Attorneys for
                                     Plaintiff Michael J. Fenton

### Order

Pursuant to the parties' stipulation:

- the deadline for completing a judicial settlement conference is continued to 12/14/09,
- the 9/25/09 settlement conference with Magistrate Judge Zimmerman will be rescheduled;
- the 10/14/09 case management conference is continued to November 25, 2009 at 10:30 a.m.

SO ORDERED this 22nd day of September, 2009.

_James Larson_
James Larson
Chief Magistrate Judge