UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL FENTON, | ) | |
| Plaintiff(s), | ) | No. C08-3536 JL (BZ) |
| v. | ) | |
| ALAMEDA COUNTY, et al., | ) | **ORDER RE OVERDUE PAPERS** |
| Defendant(s). | ) | |

TO: Defendants and their attorney(s) of record:

On July 6, 2009, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for November 12, 2009. Your statement was due November 5, 2009. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by **noon, Monday, November 9, 2009**, defendants and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: November 6, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\FENTON LATE PAPERS.wpd

1